UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REV. ERROL VICTOR, SR. | CIVIL ACTION |
| VERSUS | NO. 20-3432 |
| STATE OF LOUISIANA | SECTION "J"(3) |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and, finding that as of this date no objections to the Magistrate Judge's Report and Recommendation have been filed, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions for voluntary dismissal (Rec. Docs. 21, 22) are **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the remaining pending motions (Rec. Docs. 10, 19, 20) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 2nd day of June, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE